RAILWAY CO. v. WERNER INDUSTRIES

    No. 71 PC.

    Case below: 21 N.C. App. 116.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 May 1974.

REFINING CO. v. BOARD OF ALDERMEN

    No. 44 PC.

    Case below: 20 N.C. App. 675.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 May 1974.

STATE v. ARNOLD

    No. 42 PC.

    Case below: 21 N.C. App. 92.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 May 1974.

STATE v. BAXTER

    No. 47 PC.

    Case below: 21 N.C. App. 81.

    Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 8 May 1974. Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.

STATE v. COBB

    No. 65 PC.

    Case below: 21 N.C. App. 66.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.